

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN D

UNITED STATES OF AMERICA,

Plaintiff,

v.

MASON ALEXANDER REWITZER,

Defendant.

Case: 2:22-cr-20119
Judge: Murphy, Stephen J.
MJ: Altman, Kimberly G.
Filed: 03-03-2022 At 03:57 PM
INDI USA V MASON ALEXANDER REWITZER (LG)

Violations:
18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)
18 U.S.C. § 2261A(a)(2)
18 U.S.C. § 875(c)

---

## INDICTMENT

---

THE GRAND JURY CHARGES:

### COUNT ONE
### *Distribution of Child Pornography - 18 U.S.C. § 2252A(a)(2)*

On and around November 6, 2020, in the Eastern District of Michigan, and elsewhere, the defendant, MASON ALEXANDER REWTIZER, did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8); and the images distributed by the defendant were mailed, shipped, and transported using the Internet, a means and facility of interstate and foreign commerce, and were mailed, shipped, and transported in or affecting interstate and foreign commerce by any

means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT TWO
### *Possession of Child Pornography - 18 U.S.C. § 2252A(a)(5) and (b)(2)*

On or about November 17, 2021, in the Eastern District of Michigan, the defendant, MASON ALEXANDER REWITZER, did knowingly possess material that contained child pornography, as defined in 18 U.S.C. § 2256(8), which child pornography involved at least one image of a prepubescent minor and a minor who had not attained 12 years of age, which child pornography had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer; and which child pornography was produced using materials that had been mailed, or shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

2

## COUNT THREE
### *Cyberstalking - 18 U.S.C. § 2261A(a)(2)*

Beginning in or around August 2020 and continuing through at least October 2020, the defendant, MASON ALEXANDER REWITZER, with the intent to injure, harass, and intimidate Victim-1, used an interactive computer service, electronic communication service, and electronic communication system of interstate commerce, that is, Snapchat and TextNow, and a facility of interstate and foreign commerce, that is, the internet, to engage in a course of conduct that placed Victim-1 in reasonable fear of death and serious bodily injury, and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim-1, in violation of Title 18, United States Code, Section 2261A(a)(2).

## COUNT FOUR
### *Threat in Interstate Communications - 18 U.S.C. § 875(c)*

On or about October 28, 2020, in the Eastern District of Michigan, the defendant, MASON ALEXANDER REWITZER, did knowingly and willfully, that is, with the intent to communicate a true threat and with knowledge that it would be viewed as a true threat, transmit a communication to Victim-1 in interstate and foreign commerce, that is,

TextNow, an application-based electronic communication service, and the communication contained a threat to injure Victim-1, that is, a threat to sexually assault Victim-1.

### FORFEITURE ALLEGATIONS
*18 U.S.C. § 2253(a)*

The allegations in counts one and two this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253(a).

If convicted of an offense alleged in this Indictment, MASON ALEXANDER REWITZER, the defendant shall, pursuant to Title 18, United States Code, Section 2253(a), forfeit to the United States:

> (a) any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

> (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

> (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

**Substitute Assets.** Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b),

the defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

Dated: March 3, 2022

DAWN N. ISON
United States Attorney


*s/Benjamin C. Coats*
BENJAMIN C. COATS
Chief, General Crimes Unit
Assistant United States Attorney


*s/Christopher W. Rawsthorne*
CHRISTOPHER W. RAWSTHORNE
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9160
Christopher.Rawsthorne@usdoj.gov

5

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cove** | Case: 2:22-cr-20119<br>Judge: Murphy, Stephen J.<br>MJ: Altman, Kimberly G.<br>Filed: 03-03-2022 At 03:57 PM<br>INDI USA V MASON ALEXANDER REWITZER (LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)[1]**: | Judge Assigned: |
| ☐ Yes     ☒ No | AUSA's Initials: |

**Case Title:** USA v.   MASON ALEXANDER REWITZER

**County where offense occurred :**   Macomb

**Check One:**     ☒ **Felony**          ☐ **Misdemeanor**          ☐ **Petty**

_____Indictment/_____Information --- **no** prior complaint.
__✓__Indictment/_____Information --- based upon prior complaint [**Case number:** 22-mj-30046          ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 3, 2022
Date

Christopher W. Rawsthorne
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9160
Fax:     (313) 226-2372
E-Mail address: christopher.rawsthorne@usdoj.gov
Attorney Bar #:  P84401

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.